**COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP**
Richard C. Wootton (SBN 88390)
Galin G. Luk (SBN 199728)
190 The Embarcadero
San Francisco, California 94105
Telephone No.: (415) 438-4600
Facsimile No.: (415) 438-4601

Attorneys for Plaintiff
HORNBLOWER YACHTS, LLC dba
HORNBLOWER CRUISES AND EVENTS

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORNBLOWER YACHTS, LLC dba HORNBLOWER CRUISES AND EVENTS,<br><br>Plaintiff,<br>v.<br>JANINE STORM<br>Defendants. | Case No.: SACV13-0034 AG (JPRx)<br><br>**PLAINTIFF HORNBLOWER'S COMPLAINT FOR DECLARATORY RELIEF 28 U.S.C. 2201(a)** |

### JURISDICTION AND VENUE

1. Plaintiff HORNBLOWER YACHTS, LLC dba HORNBLOWER CRUISES AND EVENTS (hereinafter "Hornblower") brings and maintains this action for declaratory relief pursuant to 28 U.S.C. § 2201(a) under the provisions of General Maritime Law and the United States Constitution Article III, Section 2, and 28 U.S.C. § 1333. This action for declaratory relief is an admiralty or maritime claim within the meaning of Rule 9(h).

2. Plaintiff Hornblower is a California limited liability company, duly organized and existing under and by virtue of the laws of the State of California with its principal

-1-

HORNBLOWER'S COMPLAINT FOR DECLARATORY RELIEF

Case No.

place of business in San Francisco, California.

3. Hornblower alleges on information and belief that defendant Janine Storm (hereinafter "Storm") is a United States citizen whose principal residence is in Tustin, California.

4. At all times material, Hornblower owned and operated vessels and yachts, including the "Just Dreamin" out of Newport Beach, California, and employed Storm to work as a steward trainee aboard the vessels in its fleet.

## FACTUAL ALLEGATIONS

5. On or about October 28, 2011, Storm worked on the "Just Dreamin" as a steward trainee when she alleges she fell and fractured her thoracic spine ("Incident").

6. Storm's employment as a steward trainee on the vessel "Just Dreamin" and various other Hornblower vessels qualify her as a seaman pursuant to the Jones Act, 46 U.S.C. 2101 *et seq*. Seaman who are injured or become ill in the service of a vessel are entitled to maintenance and cure without regard to fault. These benefits are owed to the point of "maximum cure," or when reasonable medical care will not further improve the seaman's injury.

7. A Jones Act employer is obligated to conduct a timely investigation into a seaman's right to maintenance and cure and to pay these benefits to the point of maximum cure. A seaman is obligated to cooperate with her employer in its investigation concerning her right to these benefits.

8. Consistent with its obligations under general maritime law, Hornblower has paid and continues to pay maintenance and cure.

9. Hornblower is informed and believes that Storm should have reached maximum cure by October 28, 2012 (and is thus not entitled to ongoing maintenance and cure). Storm's treating physician, Dr. Kramer, continues to request further treatment but refuses, despite Hornblowers' requests, to state whether Storm is at maximum cure.

10. Consistent with its obligation to investigate, on December 12, 2012, Hornblower

-2-

HORNBLOWER'S COMPLAINT FOR DECLARATORY RELIEF

Case No.

requested that Storm attend a medical exam with Dr. James London on January 2, 2013 to determine whether Storm has reached maximum cure. Storm refused to attend the exam and did not attend the exam.

11. Storm has breached her obligation to cooperate with Hornblower's investigation into her right to maintenance and cure by, inter-alia, refusing to provide information as to her current medical condition and by refusing to be evaluated for a maintenance and cure medical exam.

12. A dispute has therefore arisen as to whether Storm is entitled to past and/or continued maintenance and cure benefits.

13. Despite the lack of cooperation from Storm, Turley and her treating physicians, Hornblower continued to and continues to pay Storm maintenance benefits and to provide her with medical care (i.e. cure).

14. Given the foregoing, there is a substantial controversy between Hornblower and Storm relating to her past and future maintenance and cure benefits. Hornblower avers that Storm was not and/or is not entitled to maintenance and cure and that Hornblower was entitled to or will be entitled to terminate payment of said benefits.

15. Hornblower is informed and believes that Storm will aver that she is and was entitled to past and future maintenance and cure and is entitled to continued benefits.

16. In light of Storm's refusal to cooperate with Hornblower's investigation, absent a declaration from the Court as to its maintenance and cure obligations to Storm, Hornblower may be subjecting itself to attorneys' fees, expenses and possibly punitive damages if it terminates maintenance and cure benefits.

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

CHA.Storm

-3-

HORNBLOWER'S COMPLAINT FOR DECLARATORY RELIEF

Case No.

## FIRST CAUSE OF ACTION (FOR DECLARATORY RELIEF)

17. Hornblower incorporates the allegations set forth in paragraphs 1 through 17, inclusive, as though fully set forth herein.

18. An actual controversy has arisen and now exists between Hornblower and Storm concerning Hornblower's past and future obligation to provide maintenance and cure benefits to Storm and Storm's obligations to cooperate with Hornblower's investigation.

19. A judicial declaration is necessary and appropriate at this time that Storm is obligated to and must attend a medical exam to be performed by Dr. James London for the purposes of determining her medical status and Hornblower's maintenance and cure obligations; and/or

20. A judicial declaration is necessary and appropriate at this time that Hornblower was not and is not obligated to pay maintenance and cure benefits and that it properly terminated or may properly terminate payment thereof.

**WHEREFORE, HORNBLOWER PRAYS FOR JUDGMENT AS FOLLOWS:**

21. For a judicial determination that Storm is obligated to attend a maintenance and cure exam to be performed by Dr. James London; and/or

22. For a judicial determination that Hornblower was not and is not obligated to pay maintenance and cure benefits and that it properly terminated payment or may terminate payment thereof;

23. For a judicial determination and declaration that Hornblower is entitled to recover all maintenance and cure unnecessarily paid to Storm, for among other reasons, by virtue of Storm's failure to cooperate with Hornblower's duty to investigate the continuing medical condition and/or that Storm has already reached maximum cure.

24. For costs of suit and such other relief as the court deems just.

-4-

HORNBLOWER'S COMPLAINT FOR DECLARATORY RELIEF

Case No.

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL 415-438-4600
FAX 415-438-4601

CHA.Storm

| | |
|---|---|
| Dated: January 8, 2013 | By: _____<br>Galin G. Luk<br>COX, WOOTTON, GRIFFIN,<br>HANSEN & POULOS, LLP<br>Attorneys for Plaintiff<br>HORNBLOWER YACHTS, LLC dba<br>HORNBLOWER CRUISES AND EVENTS |

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX 415-438-4601

-5-

HORNBLOWER'S COMPLAINT FOR DECLARATORY RELIEF

Case No.

Name & Address:
Richard C. Wootton (SBN 88390)
Galin G. Luk (SBN 199728)
Cox Wootton Griffin Hansen & Poulos
190 The Embarcadero, San Francisco, CA 94105

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORNBLOWER YACHTS, LLC dba HORNBLOWER CRUISES AND EVENTS, PLAINTIFF(S) v. JANINE STORM, DEFENDANT(S). | CASE NUMBER<br>SACV13-0034 AG (JPRx)<br><br>SUMMONS |

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Richard C. Wootton_, whose address is _190 The Embarcadero, San Francisco, CA 94105_. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Dated: JAN - 9 2013

Clerk, U.S. District Court
JULIE PRADO

By: _____
Deputy Clerk

(Seal of the Court)

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

CV-01A (10/11)    SUMMONS



# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

HORNBLOWER YACHTS, LLC dba HORNBLOWER CRUISES AND EVENTS

**DEFENDANTS**

JANINE STORM

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Cox Wootton Griffin Hansen & Poulos
190 The Embarcadero, San Francisco, CA 94105
(415) 438-4600

**Attorneys** (If Known)

William Turley
The Turley Law Firm APLC
625 Broadway
San Diego, CA 92101

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☐ MONEY DEMANDED IN COMPLAINT: $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Declaratory relief, 28 U.S.C. Section 2201(a) under General Maritime Law.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☒ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | CIVIL RIGHTS | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| | | | ☐ 442 Employment | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | IMMIGRATION | ☐ 446 American with Disabilities - Other | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | ☐ 690 Other | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | | |
| | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | |

**FOR OFFICE USE ONLY:**   Case Number: **SACV13-0034**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                                                  CIVIL COVER SHEET                                              Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

\* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _[signature]_    Date  1/8/13

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Andrew Guilford and the assigned discovery Magistrate Judge is Jean P. Rosenbluth.

The case number on all documents filed with the Court should read as follows:

**SACV13- 34 AG (JPRx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[ ] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[✓] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY